JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PISETH MAM, | Civil No. CV16-955-RSL |
| Petitioner, | Crim. No. CR12-295-RSL |
| vs. | ORDER GRANTING PERMISSION TO WITHDRAW AND MOTION FOR VOLUNTARY DISMISSAL OF MOTION TO VACATE UNDER 28 U.S.C. § 2255 |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Good cause being shown, Petitioner's request to withdraw his § 2255 Motion and Motion for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) is GRANTED. All remaining deadlines and/or hearing dates are hereby VACATED.

IT IS SO ORDERED.

DATED this 23rd day of March, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER FOR VOLUNTARY DISMISSAL
(*Piseth Mam*, CV16-955-RSL) - 1